JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation; JEFF MULLEN, an individual; JOHN PLOOY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO. EDCV11-0380 JVS (OPx)**<br><br>Hon. James V. Selna; (Magistrate Judge Oswald Parada)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

    On May 2, 2011, the motion of plaintiff for remand came on for hearing before this Court, Paul J. Weiner appearing for plaintiff and Christopher Ahearn appearing for defendants. After consideration of the briefs and arguments of counsel, and all other matters presented to this Court, the Court finds that defendants' notice of removal was untimely filed under 28 U.S.C. 1446(b).

    THEREFORE, pursuant to 28 U.S.C. 1447, the COURT HEREBY REMANDS *Robert Taylor vs. Schneider National Carriers, Inc., et. al.*, Case

No. EDCV11-0380 JVS (OPx) to the Superior Court of the State of California for the County of San Bernardino.

Dated: May 23, 2011

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE